*April Forbes, P.C.*
*P.O. Box 865*
*Hudson, New York 12534*

March 3, 2025

The Honorable United States District Court Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Smart v. Equifax – Index No.: 1:25-cv-00772 (BMC)**

Respectfully Honorable Justice Cogan:

     Please be advised that the **parties have reached a resolution** in the above-referenced action. The resolution is in the process of being finalized. The parties will submit a fully executed Stipulation of Dismissal with Prejudice to the Court as soon as feasible. As such, it is respectfully requested that the Initial Status Conference presently scheduled before Your Honor to occur on **March 5, 2025 at 10:00am** via telephone be cancelled.

Respectfully Submitted,

April Forbes

cc:
Forrest Seger, III., Esq.
Clark Hill
Counsel for Defendant